[No. 6000-4-III.  Division Three.  July 26, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. NEIL
P. CRONIN, *Petitioner.*

Appeal from a judgment of the Superior Court for Spokane County, No. 83-1-00221-5, Sidney R. Buckley, J., entered July 20, 1983. *Affirmed* and *remanded* by unpublished opinion per McInturff, J., concurred in by Green, A.C.J., and Thompson, J.

[No. 6077-2-III.  Division Three.  July 26, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. JOSEPH
SAMUEL RICE, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 83-8-00070-1, F. James Gavin, J., entered August 15, 1983. *Affirmed* by unpublished per curiam opinion.

[No. 6197-0-II.  Division Two.  July 27, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL
F. RYE, *Appellant.*

Appeal from a judgment of the Superior Court for Pacific County, No. C-2404, Herbert E. Wieland, J., entered February 26, 1982. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Petrich, C.J., and Reed, J.